From: **David Cartznes** dcartznes1@icloud.com 
Subject: Certificate
Date: **September 8, 2017 at 5:44 AM**
To: David Cartznes dcartznes@yahoo.com

https://www.bkcert.com/temp/2017-09-08-07.41.27.26301200/03088-CAC-CC-029847284/...

**FILED**

SEP 1 2 2017

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

---

2.17.20576 SK.



Certificate Number: 03088-CAC-CC-029847284

03088-CAC-CC-029847284

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 8, 2017, at 7:20 o'clock AM CDT, David P Cartznes received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Central District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  September 8, 2017                By:   /s/Crystal Towner

                                        Name:  Crystal Towner

                                        Title:  Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).